RECEIVED
FEB 21 2023
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

FILED
FEB 24 2023
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

IN THE UNITED STATES DISTRICT COURT
FOR THE **Western** DISTRICT OF TEXAS
**Austin,** DIVISION

**Roberto Pelez #02232041**
Plaintiff's Name and ID Number

**Gib Lewis**
Place of Confinement

1:23CV00200

CASE NO. **245CV89**
(Clerk will assign the number)

LY

v.

**The State of Texas 63rd Judicial District Court**
Defendant's Name and Address

**Enrique Fernandez Hon,**
Defendant's Name and Address

**Michael J. Bagley, Distr Attorney**
Defendant's Name and Address
( DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

NOTICE:

Your complaint is subject to dismissal unless it conforms to these instructions and this form.

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

Rev. 05/15

II. PLACE OF PRESENT CONFINEMENT: Gib Lewis

III. EXHAUSTION OF GRIEVANCE PROCEDURES:
Have you exhausted all steps of the institutional grievance procedure?  ✓ YES ___ NO
Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:
A. Name and address of plaintiff: Roberto Perez #02232041 date of birth 10-24-76

B. Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: Enrique Fernandez Honorable

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
he retired from 63rd District court, they don't want to accept my case

Defendant #2: The state of Texas 63rd Judicial District court, they don't want to accept my case
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #3: Michael J. Bagley District Attorney

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
he retired from 63rd District court, they don't want to accept my case

Defendant #4: Warden Perez Jr. Sergio J.

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Refusing to give me segregation Protective custody...

Defendant #5: Warden Glover Heather

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Refusing to give me segregation Protective custody...

Rev. 05/15

3

V.   STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

My claim is that, Hon. Enrique Fernandez he Retired from the 63rd District court, my other claim is that Michael J. Bagley District Attorney Retired from the 63rd District court. The third claim is that I got Injury on T.D.C.J. unit on Gib Lewis by Official Employees T.D.C.J. guards and ranks. I am claiming Injuries and property damages... and all the warden's working Gib Lewis unit Refusing to give me segregation protective custody, like warden Perez J., Sergio J., and warden Sells Edward B., warden C. Brumley, and warden Glover, Heather, I also claiming my grievances didn't help the processing for protective custody segregation

VI.   RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I want to go home and get release, I want to suit the sate of Texas 63rd District court For 950 Billion and I want to suit the Texas Department of criminal Justice Division From Gib Lewis for the Injuries and Property damages...

VII.   GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Roberto Perez #02232041 date of birth 10/24/76

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

the same numbers identification I have.

VIII.   SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed?   ___YES   ___NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

  1. Court that imposed sanctions (if federal, give the district and division): _____
  2. Case number: _____
  3. Approximate date sanctions were imposed: _____
  4. Have the sanctions been lifted or otherwise satisfied?   ___YES   ___NO

Rev. 05/15

4

my claim is that Hon. Edward Spillane Judge Retired from the 63rd District court, my other claim is that michael J. Bagley District Attorney. Retired from the 63rd District court.. the third claim is that I got injury on T.D.C.J. unit on Gib Lewis by official Employee's T.D.C.J. guards and ranks... I am claiming injuries and Property damages... and all the warden's working Gib Lewis unit Refusing to give me segregation protective custody... like warden Perez Jr. sergio J. and warden sells. Edward. B warden C. Brumley... and warden Glover. Heather... I also claiming my grievance didn't help the processing for Protective custody segregation... all this wardens were using me for excuses to get pay so big... also the captains an lieutenants an the sergeants on the majors an The guards too... to get pay so big.... they were saying to each other to don't ship me.... I got beaten up by two official Employees mcgallion. cody. D an shiflet Jeffery. A Incident happen on october 19, 2020... my head was so deform an my face was all bruise out... black... I was bleeding an I was punish like a dog so aggressive after I got beaten up by official Employees... they put me on the cell all pepper spray with chemicals with no clothes, but only with boxers shorts an no Property. I never told them I was going to kill myself... the cell was so cold like 30 degrees for 6 day's in the cell... when this Incident happen on october 19, 2020... this Incident was Reported to magistrate's... the warden he is responsible for creating a policy that led to the beatings... 
I am HIV AIDS and Hanson Janice kept denying HIV AIDS meds I don't get no medicine For HIV AIDS... I don't get no medical treatment for my sickness if I get sick I got to live with my pain.... I need to go to the hospital... every time they use to get blood test, you aint sick you aint positive... Courts do not agree on what is isn't a serious medical need.... I am suffering more in the Penitentiary then in the Freeworld... my case from the 63rd District court is Ineffective prior enhancement....

Case No. 24 JCV 89
I want pictures and footage video of the Incident on october 19, 2020.

Roberto Perez #02332204
Plaintiff's Name and ID Number

Gib Lewis
Place of confinement

V.

Case No. 243 CV 89

The State of Texas 63rd
Judicial District court
Defendant's Name and Address

Enrique Fernandez Hon.,
Defendant's Name and address

Michael J. Bagley District Attorney
Defendant's name and address

Cause No.
February 13, 2023, file(d)
February 13, 2023, Deliver(ed)

The grand Jury has the authority to conduct their own Investigations... to subpoena evidence and witness. To Fail to Return Indictment sought by the District Attorney... Amended by Act 1971

Taylor v. State, 786 S.W.2d 295 (Tex. Crim. App. (1990)
The grand Jury has the authority to conduct their own Investigations... to subpoena evidence and witness. To Fail to Return Indictment sought by the District Attorney... Amended by Act 1971,

Roberto Perez case Is Ineffective prior enhancement on a misdemeanor case...

I, Plaintiff Roberto Perez, T.D.C.J. Number 02232041.
1.) I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct. That the entire content of the above and foregoing is true and correct... I declare (or certify...verify...or state) under penalty or perjury under the law of the United States of America That the foregoing is true and correct...

February 15, 2023
Executed on (date)

Roberto Perez
Signature of Declarant

October 24, 76
date of birth

Roberto Perez
Petitioner's: Pro se... Roberto Perez
Printed Name: Roberto Perez
T.D.C.J. No: 02232041
T.D.C.J. Unit: Gib Lewis
777 FM 3497
Woodville, Texas 75990

Initials: R.P.

Social security number
Executed Day:
All copies are Retained for my file(s)...